AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Guam

FILED
DISTRICT COURT OF GUAM
FEB 17 2004
MARY L. M. MORAN
CLERK OF COURT

Gerald C. Smith

V.

Donald Rumsfeld,
Department of Defense

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-00001**

TO: (Name and address of Defendant)

Department of Defense Schools
Pacific Director's Office
Unit 35007
APO-AP 96376-5007
c/o Naval Hospital Guam District Office

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sandra D. Lynch
207 Martyr St.
Suite 3
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court

JAN 05 2004

CLERK

(By) DEPUTY CLERK

DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE # 04-0001

Service of the Summons and complaint was made by me[(1)]
DATE 02/13/04 12:30 pm

NAME OF SERVER *(PRINT)* Lucia Lagos
TITLE Licensed Process Server

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Sirena Plaza, 5th floor
US Attorney Lenny Rapedas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/04
*Date*

*Signature of Server* Lucia Lagos

192 W. San Antonio
Dededo, Guam 96929
*Address of Server*

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
FEB 13 2004
RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.