AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT OF GUAM
MAR - 5 2004
MARY L. M. MORAN
CLERK OF COURT

District of _____

GERALD C. SMITH

V.

DONALD RUMSFELD,
DEPARTMENT OF DEFENSE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-00001

TO: (Name and address of Defendant)

DONALD RUMSFELD,
SECRETARY OF DEFENSE
1000 Defense Pentagon
Washington, DC 20301-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANDRA D. LYNCH, ESQ.
207 Martyr Street, SUite 3
Travel Pacificana Building
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

DATE: FEB 2 0 2004

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | FEB 20, 2004 |
| NAME OF SERVER (PRINT) KATHRYN LITTLEPAGE | TITLE | LEGAL SECRETARY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, US POSTAL SERVICE

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 4.65 | TOTAL 4.65 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/3/04
             Date

Signature of Server: Kathryn Littlepage

Address of Server: 207 Martyr St., Ste 3
Hagatna, Gu 96910

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.