LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| GERALD C. SMITH, | CIVIL CASE NO. 04-00001 |
| Plaintiff, | |
| v. | **ANSWER TO THE COMPLAINT** |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, AND DEPARTMENT OF DEFENSE SCHOOLS, | |
| Defendants. | |

COME NOW the Defendants, through their undersigned attorneys and state as follows:

1. Paragraph 1. of the Complaint is Plaintiff's characterization of the lawsuit to which no response is required. To the extent a response is required, the allegations are DENIED.

2. Paragraph 2. of the Complaint is a jurisdictional statement to which no response is required. To the extent a response is deemed necessary, the allegations contained therein are DENIED.

3. Paragraph 3. of the Complaint: It is admitted that Plaintiff filed an administrative complaint of discrimination with the Agency on October 25, 2000, that an investigation was conducted between October 18 and December 31, 2001, and that the investigator issued a report dated December 31, 2001. The rest of the paragraph is DENIED as stated.

4. Paragraph 4. of the Complaint: It is admitted that an EEOC Administrative Judge issued a "Decision Granting Summary Judgment to the Agency Pursuant to 29 C.F.R. § 1614.109(g)" on September 23, 2002, the Agency issued a Final Order adopting the decision of the Administrative Judge on October 25, 2002, the Plaintiff appealed the Agency's Final Order to the EEOC Office of Federal Operations (OFO), and the EEOC/OFO denied the appeal in a decision dated August 21, 2003. The rest of the paragraph is DENIED as stated.

5. Paragraph 5. is ADMITTED.

6. Paragraph 6. of the Complaint: It is admitted that the Department of Defense operates two statutorily district elementary and secondary school systems: the overseas schools known as the Department of Defense Dependent Schools (DoDDS) which operate pursuant to 20 U.S.C. § 921, *et seq.*; and the domestic schools known as the Domestic Dependent Elementary and Secondary Schools (DDESS) which operate pursuant to 10 U.S.C. § 2164. The Secretary of Defense has statutory responsibility for both school systems as delegated to the Department of Defense Education Activity (DoDEA), a DoD Field Activity, and the DoDDS and DDESS Directors. The rest of the paragraph is DENIED as stated.

7. Paragraph 7. of the Complaint: It is admitted that 42 U.S.C. 2000e-16(c) provides that in civil rights actions brought by Federal employees under this title that the proper named defendant shall be the respective head of the department. The rest of the paragraph is DENIED as stated.

8. Paragraph 8. of the Complaint: It is admitted that at all times relevant to the facts of this case, Plaintiff was an employee of the Department of Defense Dependent

Schools (DoDDS). The rest of the paragraph is DENIED as stated.

9. Paragraph 9. of the Complaint is DENIED for lack of knowledge or information upon which to form a belief as to the truth of the allegations.

10. Paragraph 10. of the Complaint is DENIED.
11. Paragraph 11. of the Complaint is DENIED.
12. Paragraph 12. of the Complaint is DENIED.
13. Paragraph 13. of the Complaint is DENIED.
14. Paragraph 14. of the Complaint is DENIED.
15. Paragraph 15. of the Complaint is DENIED.
16. Paragraph 16. of the Complaint is DENIED.
17. Paragraph 17. of the Complaint is DENIED
18. Paragraph 18. of the Complaint is DENIED.
19. Paragraph 19. of the Complaint is DENIED.
20. Paragraph 20. of the Complaint is DENIED.
21. Paragraph 21. of the Complaint is DENIED.
22. Paragraph 22. of the Complaint is DENIED.
23. Paragraph 23. of the Complaint is DENIED.
24. Paragraph 24. of the Complaint is DENIED.
25. Paragraph 25. of the Complaint is DENIED for lack of knowledge or information upon which to form a belief as to the truth of the allegations

26. Paragraph 26. of the Complaint is DENIED.
27. Paragraph 27. of the Complaint is DENIED.
28. Paragraph 28. of the Complaint is DENIED.
29. Paragraph 29. of the Complaint is DENIED.
30. The statements numbered one through six listed on page 5 of the Complaint contain Plaintiff's request for relief and as such do not require a responsive pleading. In case the same need an answer, the paragraph is DENIED.

31. Defendants hereby specifically DENY each and every allegation contained in

Plaintiff's complaint not hereinbefore otherwise answered.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint should be dismissed in its entirety for failure to state a claim and inability to establish a *prima facie* case of discrimination.

2. Plaintiff's allegation of age discrimination concerning his non-selection for promotion to the principal position at Andersen Air Force Base, Guam, on or about August 25, 2002 (paragraph 17, *et seq.* of the complaint), must be dismissed for failure to comply with the statutory notice procedures of 29 U.S.C. 633a.(d).

3. Plaintiff's allegation that his non-selection for the principal position at Andersen Air Force Base on or about August 25, 2002 (paragraph 17, *et seq.* of the complaint), constituted discrimination based on retaliation and reprisal must be dismissed for untimeliness and failure to exhaust administrative remedies.

4. Defendants reserve the right to raise any other affirmative defense.

**WHEREFORE,** Defendants pray this Honorable Court that the complaint in question be dismissed and for such other relief as this Court deems just and proper.

RESPECTFULLY submitted this 1st day of April 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

OF COUNSEL:
ROBERT E. SUTEMEIER
Assistant General Counsel
Department of Defense Education Activity
Office of General Counsel
821 San Carlos Road, Building 3813
Pensacola, Florida 32508-5531
TEL: (850) 452-9401
FAX: (850) 452-9405

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, I caused to be served by personal service a copy of the "Answer of the Complaint", in Civil Case No. 04-00001, <u>Gerald C. Smith v. Donald Rumsfeld, Secretary of Defense and Department of Defense Schools</u>, to the following attorney of record:

> Sandra D. Lynch
> Attorney at Law
> 207 Martyr Street, Suite 3
> Hagåtña, Guam 96910

Dated: April 1, 2004

*/s/ Frances B. Leon-Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant