SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Plaintiff Gerald C. Smith*

FILED
DISTRICT COURT OF GUAM
APR 07 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| GERALD C. SMITH, | CIVIL CASE NO. 04-00001 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: SCHEDULING CONFERENCE** |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, and Department of Defense Schools, | |
| Defendants. | |

Come now the parties hereto, by and through their counsel of record, and hereby STIPULATE to continue the Scheduling Conference in this matter since the defendant, an entity of the federal government, filed its Answer on April 1, 2004, and therefore the parties have not had sufficient time to meet and confer regarding a Scheduling Order.

**SO STIPULATED:**

For Plaintiff:
LAW OFFICE OF SANDRA D. LYNCH, P.C.

By: *(signature)*
Sandra D. Lynch, Esq.

For Defendants:
LEONARDO M. RAPADAS
UNITED STATES ATTORNEY

By: *(signature)*
Mikel W. Schwab
Assistant U.S. Attorney

# ORDER

This matter came before the Court on the Stipulation of the parties, and good cause having been shown, it is hereby Ordered that the Scheduling Conference in this matter shall be continued to _May 4, 2004_ at the hour of _3:00_ p.m.

SO ORDERED: APR 0 7 2004

**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District of Guam

RECEIVED
APR - 1 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*Gerald C. Smith v. Donald Rumsfeld, Secretary of Defense, et al*
*Civil Case No. 04-00001*
*STIPULATION AND ORDER RE: SCHEDULING CONFERENCE*
-2-