SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Plaintiff Gerald C. Smith*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| GERALD C. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD RUMSFELD,<br>SECRETARY OF DEFENSE,<br>and Department of Defense Schools,<br><br>    Defendants. | CIVIL CASE NO. 04-00001<br><br>SCHEDULING ORDER |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and the Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: Plaintiffs filed suit against his employers and others under Title VII of the Civil Rights Act, alleging that he was discriminated against because of his age.

2. There are no motions pending or filed in this matter. Discovery has not been initiated by any party at this time.

3. All motions to add parties and claims shall be filed on or before **June 22, 2004** and heard on **July 22 2004 at 9:30 a.m.**

4. All motions to amend pleadings shall be filed on or before **June 22, 2004** and heard on **July 22 2004 at 9:30 a.m.**

5. Status of Discovery:

   a) The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

   1. The "initial disclosures" described in subsections (A), (B), (C) and (D) of the FRCivP Rule 26(a)(1) shall be exchanged by **June 30, 2004** [Pursuant to local rules, these are not to be filed]

   2. The disclosure of expert testimony by plaintiffs' experts shall be made not later than **August 30, 2004.** The disclosure of expert testimony by defendants' experts shall be made by **August 31, 2004**;

   3. The "pretrial disclosures" described in FRCivP Rule 26()(3)(A), (B) and (C) shall be made at least thirty (30) days before the trial date or by **January 17, 2005**;

   b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery;

   **Plaintiffs:** Interrogatories, Requests to Produce, Admissions and depositions;

   **Defendants:** Interrogatories, Requests to Produce, Admissions and depositions;

6. ~~The parties shall appear before the District Court on _____ at ___ a.m. for the initial scheduling conference;~~

7. The discovery cut-off date (defined as the last day to file responses to discovery) is **November 17, 2004;**

8. The anticipated discovery motions are Motions to Compel or Motions for Protective Orders. All discovery motions shall be filed on or before **November 30, 2004** and heard on or about **December 29, 2004 at 10:00 a.m.**

9. The anticipated dispositive motions are Motions for Summary Judgment. All dispositive

-2-

Case 1:04-cv-00001   Document 7   Filed 05/06/2004   Page 2 of 4

motions shall be filed on or before **November 30, 2004,** and heard on or about **December 29, 2004** at **10:00 a.m.**

10. The prospects for settlement are unknown at this time;

11. The Preliminary Pre-Trial Conference shall beheld on **January 24, 2005 at 10:00 a.m.**(no later than twenty-one (21) days prior to trial);

12. The parties' pretrial materials, discovery materials, final witness lists, designations and final exhibit lists shall be filed on or before **January 24, 2005**;

13. The proposed Pre-Trial Order shall be filed on or before **January 31, 200**⁄(no later than fourteen (14) days prior to trial;

14. The Final Pre-Trial Conference shall be held on **February 7, 2005 at 3:00 p.m.** (seven (7) days prior to trial);

15. The trial shall be held on **February 14, 2005 at 9:00 a.m.**

16. The trial is not a jury trial;

17. It is anticipated that the trial will take 2 weeks to try;

18. The names of counsel are as follows:

    For Plaintiffs:    Sandra D. Lynch
                             251 Martyr Street
                             Suite 101
                             Hagåtña, Guam 96910
                             Telephone: (671) 472-6848
                             Fax: (671) 477-5790

    For Defendants:    Mikel W. Schwab,
                             Assistant United States Attorney
                             Office of the United States Attorney
                             108 Hernan Cortes Avenue, Suite 500
                             Hagåtña, Guam 96910
                             Telephone: (671) 472-7332
                             Fax: (671)472-7215

19. The parties wish to submit this case to a settlement judge;

20. The following issues will affect the status or management of the case:

    a)    At least one of the defendants is an off island resident and an entity of the United

-3-

Case 1:04-cv-00001   Document 7   Filed 05/06/2004   Page 3 of 4

States government;

b) Some of the witnesses are off island residents;

c) At least one attorney for the defendant is an off island resident and practitioner;

Dated this  MAY 0 6 2004  .

_____
HONORABLE JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

*Submitted by:*

LAW OFFICE OF SANDRA D. LYNCH

By: _____
Sandra D. Lynch, Esq.
Attorney for Plaintiff

*Approved By:*

UNITED STATES ATTORNEY

By: _____
Mikel W. Schwab, Esq.
Attorneys for Defendants

RECEIVED
MAY 0 4 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM