**SANDRA D. LYNCH, ESQ., P.C.**
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Plaintiff Gerald C. Smith*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| GERALD C. SMITH, ) | CIVIL CASE NO. 04-00001 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **FOR DISMISSAL** |
| DONALD RUMSFELD, ) | **WITH PREJUDICE** |
| SECRETARY OF DEFENSE, ) | |
| and Department of Defense Schools, ) | |
| Defendants. ) | |

COME NOW the parties to the above-captioned case pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and move the Court to dismiss the case with prejudice.

UNITED STATES ATTORNEY                    SANDRA D. LYNCH, ESQ., PC


By: _____            By: _____
Mikel W. Schwab, Esq.                         Sandra D. Lynch, Esq.
Attorneys for Defendants                      Attorney for Plaintiff Gerald C. Smith

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For good cause shown, the above-captioned case is hereby dismissed with prejudice.

APPROVED AND SO ORDERED this 4th day of June, 2004.

**HONORABLE** FRANCES M. TYDINGCO-GATEWOOD
Associate Justice, Supreme Court of Guam
Sitting by Designation

*Gerald C. Smith vs. Donald Rumsfeld et al.*
*District Court of Guam Civil Case No. 04-00001*
*Stipulation and Order for Dismissal with Prejudice*    -2-

RECEIVED

JUN 03 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:04-cv-00001    Document 8    Filed 06/07/2004    Page 2 of 2