FILED
DISTRICT COURT OF GUAM
JUN 07 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| GERALD C. SMITH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DONALD RUMSFELD, Secretary of Defense, and DEPARTMENT OF DEFENSE SCHOOLS,<br><br>　　　　Defendants. | CIVIL CASE NO. 04-00001<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Stipulation and Order for Dismissal with Prejudice filed June 7, 2004.

Dated this 7th day of June, 2004, Hagatna, Guam.

　　　　　　　　　　　　　　　　　　　　MARY L. M. MORAN
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Notice is hereby given that this document was entered on the docket on 06/07/04.
No separate notice of entry on the docket will be issued by this Court.
　　　Mary L. M. Moran
　　　Clerk, District Court of Guam
By: _____  06/07/04
　Deputy Clerk　　　Date